UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KRISTEN CAMPBELL, AS PARENT
AND NATURAL GUARDIAN OF A.C.,
A MINOR,

    Plaintiff,

v.                                           Case No: 6:17-cv-1036-Orl-TBS

RENE BRIERE,

    Defendant.
_____

DAN CAMPBELL,

    Plaintiff,

v.                                             Case No: 6:17-cv-1105-Orl-TBS

RENE BRIERE,

    Defendant.
_____

JUSTIN CAMPBELL,

    Plaintiff,

v.                                             Case No: 6:17-cv-1106-Orl-TBS

RENE BRIERE,

    Defendant.
_____

## ORDER

This case comes before the Court without a hearing on Defendant's *Daubert* Motion, or in the Alternative, Motion in Limine, to Preclude Certain Testimony of Dr. Sean Mahan (Doc. 49). Plaintiff has not filed a response to the motion and the time within to do

so has expired. When a party fails to respond, that is an indication that the motion is unopposed. Foster v. The Coca-Cola Co., No. 6:14-cv-2102-Orl-40TBS, 2015 WL 3486008, at *1 (M.D. Fla. June 2, 2015); Jones v. Bank of Am., N.A., 564 Fed. Appx. 432, 434 (11th Cir. 2014)[1] (citing Kramer v. Gwinnett Cty., Ga., 306 F.Supp.2d 1219, 1221 (N.D. Ga. 2004); Daisy, Inc. v. Polio Operations, Inc., No. 2:14-cv-564-FtM-38CM, 2015 WL 2342951, at *1 (M.D. Fla. May 14, 2015) (when defendant did not respond court could consider motion to compel unopposed); Brown v. Platinum Wrench Auto Repair, Inc., No. 8:10-cv-2168-T-33TGW, 2012 WL 333803, at *1 (M.D. Fla. Feb. 1, 2012) (after party failed to respond, court treated motion for summary judgment as unopposed). The Court proceeds on the basis that this motion is unopposed, and it is therefore, **GRANTED** without the Court having reached the merits. Plaintiff's expert, Dr. Sean Mahan will not be permitted to testify concerning the causation or permanency of Plaintiffs' injuries claimed in these actions.

**DONE** and **ORDERED** in Orlando, Florida on August 13, 2018.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] "Unpublished opinions are not considered binding precedent, but may be cited as persuasive authority." CTA11 Rule 36-2.