UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KRISTEN CAMPBELL, AS PARENT
AND NATURAL GUARDIAN OF A.C.,
A MINOR,

    Plaintiff,

v.                                               Case No: 6:17-cv-1036-Orl-TBS

RENE BRIERE,

    Defendant.
_____

KRISTEN CAMPBELL, AS PARENT
AND NATURAL GUARDIAN OF A.M.C.,
A MINOR,

    Plaintiff,

v.                                               Case No: 6:17-cv-1037-Orl-TBS

RENE BRIERE,

    Defendant.
_____

DAN CAMPBELL,

    Plaintiff,

v.                                               Case No: 6:17-cv-1105-Orl-TBS

RENE BRIERE,

    Defendant.
_____

JUSTIN CAMPBELL,

    Plaintiff,

v.  Case No: 6:17-cv-1106-Orl-TBS

RENE BRIERE,

    Defendant.

## ORDER

On August 27, 2018, Plaintiffs moved the Court for approval of the parties' settlement agreement as it relates to minors A.C. and A.M.C., pursuant to Florida Statute 744.387 (Doc. 64). Now, Plaintiffs' seek to seal the agreement (Doc. 65). Florida Statute 744.3025(3) provides that "[a] settlement of a claim pursuant to this section is subject to the confidentiality provisions of this chapter." This statute is consistent with the provisions of section 744.3701(3), which provides that,

> A court record relating to the settlement of a ward's or minor's claim, including a petition for approval of a settlement on behalf of a ward or minor, a report of a guardian ad litem relating to a pending settlement, or an order approving a settlement on behalf of a ward or minor, is confidential and exempt from the provisions of s. 119.07(1) and s. 24(a), Art. I of the State Constitution and may not be disclosed except as specifically authorized.

It is clear that the state legislature has expressed an interest in protecting minors involved in litigation to the extent that the terms of their settlement agreements are kept from public view. Upon due consideration, Plaintiff's motion to seal the agreement is **GRANTED**. The Clerk shall maintain the agreement (Doc. 64-1) **UNDER SEAL** until further Court order.

**DONE** and **ORDERED** in Orlando, Florida on September 13, 2018.

*[signature]*

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record